CV-16-HA-0022-NE

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 JAN -6 A 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

STAN WARREN MOORE
_____
_____
_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

JAMES SEALEY
_____
_____
_____

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____NA_____

       Defendant(s) _____NA_____

   2.  Court (if Federal Court, name the district; if State Court, name the county)
       _____NA_____

   3.  Docket Number _____NA_____

   4.  Name of judge to whom case was assigned _____NA_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   NA

   NA

6. Approximate date of filing lawsuit  NA

7. Approximate date of disposition  NA

II. Place of present confinement LIMESTONE CORRECTIONAL FACILITY 28779 NECK DAVIS ROAD, HARVEST, ALABAMA 35749

   A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? I FILE A REQUEST OF GRIEVANCE AND I PLACE IN GRIEVANCE BOX AT BIBB FACILITY AND ALSO TO WARDEN WILLIE THOMAS.

      2. What was the result? THERE WAS NO RESULTS FROM GRIEVANCE PROCEDURE, BUT WARDEN WILLIE THOMAS ASSURED ME HE WAS INVESTIGATING THIS MATTER (ASSAULT) TO THE FULLEST

   D. If your answer is NO, explain why not? AS FOR THE GRIEVANCE I FILED AND PLACED IN PRISONER GRIEVANCE BOX, THIS SAME SERGEANT JAMES SEALEY HAPPENS TO BE OVER ALL GRIEVANCE PROCEDURES PLACED IN PRISONERS GRIEVANCE BOX, SO I ASSUME HE DESTROYED IT.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) STAN WARREN MOORE #125852

   Address LIMESTONE CORRECTIONS FACILITY, 28779 NECK DAVIS ROAD HARVEST, ALABAMA 35749

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __JAMES SEALEY__
   is employed as __A SERGEANT__
   at __BIBB CORRECTIONAL FACILITY__

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I WAS INSTRUTED BY A OFFICER BELLE TO ENTER THE SHIFT OFFICE AFTER BEING ESCORTED BACK TO B3 DORM FROM DIABETIC FINGER STICK, TO SEE LT. KENNITH WAVIER. I ENTERED SHIFT OFFICE AND WAS ORDERED TO COME TO THE BACK OF SHIFT OFFICE BY LT. KENNETH WAVIER WHERE HE WAS STANDING BEHIND A OFFICE DESK. LT. WAVIER ASK ME A QUESTION CONCERNING ANOTHER INMATE SITTING IN HIS OFFICE ALSO AND I ANSWERED HIS QUESTION. LT. WAVIER THEN ASK THE INMATE A QUESTION AND THE INMATE JUST MOVED HIS SHOULDER'S IN A DON'T KNOW JUSTER MOTION, AND I THEN SAID TELL THE LIEUTANANT THE TRUTH, AND SGT. JAMES SEALEY STATED

TO ME SHUT THE FUCK UP. I THEN TURN TO THE LT. WAVER AND SGT. JAMES SEALEY GRAB ME AROUND MY NECK FROM BEHIND AND COMENCE TO CHOKING ME SEVERELY UNTIL I WAS ABOUT TO PASS OUT, THEN SGT. SEALEY SLAM ME TO THE FLOOR GETTING ON TOP OF ME PLACING HIS LEFT HAND/FINGERS AROUND MY NECK CONTINUEING TO CHOKE ME →

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD BE JUSTEFIABLE GRATEFUL IF THE COURT DEMANDS SERGEANT JAMES SEALEY TO FEND SOME OTHER LINE OF WORK OTHER THEN THE DEPARTMENT OF CORRECTIONS DUE TO HIS ANGER PROBLEM, AND TO ALSO TAKE ANGER MANAGEMENT CLASSES. DUE TO THE MENTAL FEAR HE HAS PLACE IN ME TOWARD AUTHORITY FIGURES, AND THE LIFE THREATNING HARM HE HAS CAUSED ME PHYSICALLY AND MENTALLY AND COULD POSSIBLY CAUSE OTHERS, AND I SHOULD RECIEVE COMPENSATION FOR PAIN & SUFFERING AND MENTALLY SCARED.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-20-15
                (date)

                                        *Stan Warren Moore #125852*

Signature(s)

ATTACHED STATEMENT OF CLAIM.

SEVERELY CUTTING OFF MY AIR TO BREATH ALL AIR CIRCULATIONS WITH HIS RIGHT FIST DRAWN BACK IN A MOTION TO PUNCH ME, YELLING "SAY SOMETHING ANYTHING MOTHER FUCKER". LT. WAVIER, OFFICER WALKER A FEMALE OFFICER WAS YELLING FOR SGT. SEALEY TO STOP BUT HE ACTED AS THOUGH HE WAS IN A WORLD OF HIS OWN AND CONTINUED TO CHOKE ME WITH SEVERE FORCE WITH A LOOK OF RAGE IN HIS EYES THAT I DIDN'T UNDERSTAND WHY, BUT MADE ME FEAR DEATH WAS NEAR BY. LT. WAVIER STARTED PULLING ON SGT. SEALEY WHILE OFFICER WALKER CONTINUE FOR SGT. SEALEY TO STOP. FINALLY HE CAME BACK TO HIS SENSES AND GOT OFF ME BUT STILL WITH A RAGING LOOK IN HIS EYES WHILE LT. WAVIER HAD TO DEMAND SEVERAL TIMES FOR SGT. SEALEY TO LEAVE THE OFFICE BEFORE HE FINALLY DID. I WAS TAKEN TO HEALTH CARE IMMEDIATELY BY FEMALE OFFICER WALKER TO RECIEVE A BODY CHART, THIS ASSAULT ATTACK TOOK PLACE ON SATURDAY 11-14-15 AROUND OR ABOUT 2:30 PM. LT. KENNETH WAVIER CONTACTED CAPTAIN JOHN HUTTON AT THIS TIME AND DATE ON PHONE WHILE I SAT IN FRONT OF HIM CONCERNING THIS ASSAULT AND TOLD ME HE WOULD BE CONTACTING WARDEN WILLIE THOMAS IMMEDIATELY ALSO ABOUT THIS INCIDENT/ASSAULT. THE FOLLOWING DAY I COULD NOT HARDLY GET OUT OF BED DUE TO SEVERE BACK PAIN, WHICH WARDEN THOMAS ORDERED HEALTH-CARE TO DO ANOTHER BODY CHART

AND ORDERED FOR ME TO BE SEEN BY THE DOCTOR, AND I PUT A SICK CALL SLIP IN FOR MY BACK PAINS. BUT I WAS NEVER SEEN BY THE DOCTOR! INSTEAD I WAS TRANSFERED WITHOUT EVEN BEING QUESTION BY ANY I&I INVESTIGATOR ARE ANYONE ELSE FOR THAT MATTER. AND SERGEANT JAMES SEALEY CONTINUED TO WORK AND WAS ALLOWED TO BE IN MY PRESENCE DAILY LIKE NOTHING EVER ACCURED. WHEN WARDEN THOMAS TOLD ME SGT. SEALEY WAS WRONG AND HE HAD DEALT WITH THE MATTER AT HAND FOR HIM ASSAULTING ME, WHICH I NEED TO LET THIS COURT KNOW I PUT UP <u>NO</u> RESISTANCE OF ANY KIND WHILE BEING ASSAULTED BY SGT. JAMES SEALEY. I WAS ASK BY LT. WAVIER TO WRITE OUT A STATEMENT ALONG WITH THE OTHER AUTHORITIES WHOM WAS PRESENT IN SHIFT OFFICE WHEN I WAS ASSAULTED INCLUDING LT. WAVIER HIMSELF. THEN I WAS ESCORTED BACK TO MY DORM BY LT. KENNTH WAVIER. AND I SWEAR THIS IS A TRUTHFUL STATEMENT AND I AM WELLING TO TAKE POLYGRAPH TEST ORDERED BY THIS COURT TO SHOW THIS IS A TRUTHFUL STATEMENT

Stan Warren Moore
#125852
LIMESTONE CORRECTIONAL
28779 NICK DAVIS ROAD
HARVEST ALABAMA
35749

ATTACHMENT (WITNESSES)

To Whom It May Concern:

I, STAN WARRENMOORE, A.I.S #125852, AN INMATE AT LIMESTONE CORRECTIONAL FACILITY, 28779 NICK DAVIS ROAD, HARVEST ALABAMA. 35749. WRITES THE FOLLOWING IN REGUARDS TO THIS CLAIM THAT PROVIDES THE NAMES AND ADDRESSES OF WITNESSES, NOT DEFENDANTS (PLEASE SEE ATTACHED):

| NAMES: | TITLES: | ADDRESS: |
|---|---|---|
| 1) KENNETH WAVEER | LEEUTANANT | 565 BIBB LANE BRENT, ALABAMA 35034 |
| 2) McCALL | SERGEANT | 565 BIBB LANE BRENT, ALABAMA 35034 |
| 3) DEBORAH BILLINGSLEY | OFFICER | 565 BIBB LANE BRENT, ALABAMA 35034 |
| 4) WALKER (FEMALE) | OVER TIME (WORK-RELEASE) OFFICER | 565 BIBB LANE BRENT, ALABAMA 35034 |